AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | Case: 1:20−mj−00238 |
| v. | ) | Assigned To : Faruqui, Zia M. |
| SCOTT DEL MASSON | ) | Assign. Date : 12/9/2020 |
| also known as Nickolas Del Mitchel, Nikolas Del | ) | Description: Complaint w/ Arrest Warrant |
| Mitchel, Mitchell Del Nickolas | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 08, 2020_____ in the county of _____ in the

_____ District of _____Columbia_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | did knowingly enter and remain in a restricted area, that is, the White House Complex and Grounds, without lawful authority to do so. |
| 22 D.C. Code § 3302(b) | did, without lawful authority, enter or refuse to leave public property, that is, the White House Complex and Grounds, without lawful authority from the person lawfully in charge thereof, that is, the United States Secret Service. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

✔ Continued on the attached sheet.

_____
*Complainant's signature*

MARCUS LEMON, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

Date: _____12/09/2020_____

_____
*Judge's signature*

City and state: _____WASHINGTON, DC_____

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

Print    Save As...    Attach    Reset